SADIE B. SINENBERG and HARRY SINENBERG, Respondents, v. RIVERSIDE

---

* Affd., 260 N. Y. 573.

Distributing Co., Inc., Appellant.— Order denying motion for change of venue affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.